QUINN EMANUEL URQUHART & SULLIVAN, LLP
   William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
   Tigran Guledjian (Bar No. 207613)
   tigranguledjian@quinnemanuel.com
   Valerie Roddy (Bar No. 235163)
   valerieroddy@quinnemanuel.com
   Rachael L. McCracken (Bar No. 252660)
   rachaelmccracken@quinnemanuel.com
   Jordan B. Kaericher (Bar No. 265953)
   jordankaericher@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

*Counsel for Intertrust Technologies Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOLBY LABORATORIES, INC.,<br><br>   Plaintiff and Counterclaim-Defendant,<br><br>   v.<br><br>INTERTRUST TECHNOLOGIES CORPORATION,<br><br>   Defendant and Counterclaim-Plaintiff. | Case No. 3:19-cv-03371-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING INTERTRUST TECHNOLOGIES CORPORATION'S UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1    WHEREAS, on June 13, 2019, Dolby Laboratories, Inc. ("Dolby") filed a complaint
2 against Intertrust Technologies Corporation ("Intertrust") in the United States District Court for
3 the Northern District of California (herein, referred to as the "Dolby Action"), seeking a
4 declaratory judgment of non-infringement of U.S. Patent Nos. 8,191,157; 8,191,158; 9,569,627;
5 7,406,603; 6,640,304; 7,340,602; 8,931,106; 6,157,721; 6,785,815; 7,694,342; and 8,526,610.
6 The Dolby Action was designated as Case No. 3:19-CV-03371, and was assigned to the
7 Honorable Edward M. Chen.

8    WHEREAS, on October 16, 2020, Intertrust filed a miscellaneous action against Dolby in
9 the Northern District of California (herein, referred to as the "Miscellaneous Action"), to enforce a
10 subpoena for documents it served on Dolby in *Intertrust Technologies Corp. v. Cinemark
11 Holdings, Inc., et al.*, Civil Action No. 2:19-cv-266-JRG (Lead Case) (E.D. Tex.).  The
12 Miscellaneous Action was designated as Case No. 3:20-MC-80184-AGT, and was assigned to the
13 Honorable Alex G. Tse.

14    WHEREAS, on October 22, 2020, counsel for Dolby and counsel for Intertrust met and
15 conferred, and Dolby has stated that it does not oppose Intertrust's unopposed administrative
16 motion to relate cases.

17    WHEREAS, Intertrust has concurrently submitted an unopposed Administrative Motion to
18 Consider Whether Cases Should Be Related under Local Rule 3-12.

19    NOW, THEREFORE, IT IS STIPULATED AND AGREED by the parties that the
20 Miscellaneous Action should be related to the above-captioned action pursuant to Local Rule 3-12.

Respectfully submitted,

| | | |
|---|---|---|
| 1 | Date: October 22, 2020 | By: */s/ Tigran Guledjian* |
| 2 | | William C. Price (Bar No. 108542) |
| | | williamprice@quinnemanuel.com |
| 3 | | Tigran Guledjian (Bar No. 207613) |
| 4 | | tigranguledjian@quinnemanuel.com |
| | | Valerie Roddy (Bar No. 235163) |
| 5 | | valerieroddy@quinnemanuel.com |
| 6 | | Rachael L. McCracken (Bar No. 252660) |
| | | rachaelmccracken@quinnemanuel.com |
| 7 | | Jordan B. Kaericher (Bar No. 265953) |
| | | jordankaericher@quinnemanuel.com |
| 8 | | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 9 | | 865 South Figueroa Street, 10th Floor |
| 10 | | Los Angeles, California 90017-2543 |
| | | Telephone:   (213) 443-3000 |
| 11 | | Facsimile:   (213) 443-3100 |
| 12 | | Attorneys for Defendant/Counterclaim-Plaintiff |
| | | INTERTRUST TECHNOLOGIES CORPORATION |
| 13 | | |
| 14 | Date: October 22, 2020 | By: */s/ Leslie M. Spencer* |
| 15 | | Leslie M. Spencer (*pro hac vice*) |
| 16 | | Kerri-Ann Limbeek (*pro hac vice*) |
| | | Jennifer Przybylski (*pro hac vice*) |
| 17 | | **DESMARAIS LLP** |
| | | 230 Park Avenue |
| 18 | | New York, New York 10169 |
| 19 | | Tel. (212) 351-3400 |
| | | Fax: (212) 351-3401 |
| 20 | | lspencer@desmaraisllp.com |
| | | klimbeek@desmaraisllp.com |
| 21 | | jprzybylski@desmaraisllp.com |
| 22 | | Mark D. Rowland (CSB # 157862) |
| | | Stepan Starchenko (CSB# 318606) |
| 23 | | **ROPES & GRAY LLP** |
| 24 | | 1900 University Ave. Sixth Floor |
| | | East Palo Alto, CA 94303-2284 |
| 25 | | Tel: (650) 617-4000 |
| | | Fax: (650) 617-4090 |
| 26 | | mark.rowland@ropesgray.com |
| | | stepan.starchenko@ropesgray.com |
| 27 | | |
| 28 | | Yong Wang (CSB # 326534) |
| | | **DESMARAIS LLP** |

101 California Avenue
San Francisco, CA 94111
Tel. (415) 573-1900
Fax: (415) 573-1901
lwang@desmaraisllp.com

Joseph B. Schenker (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
josef.schenker@ropesgray.com

*Attorneys for Plaintiff/Counterclaim-Defendant*
DOLBY LABORATORIES, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____      _____
                          HON. EDWARD M. CHEN
                          United States District Judge

**DECLARATION UNDER CIVIL CODE RULE 5.1**

In compliance with Civil Local Rule 5.1(i), I attest that the concurrence in the filing of this document has been obtained from each of the other signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: October 22, 2020          /s/ *Tigran Guledjian*
                                 Tigran Guledjian