| | |
|---|---|
| Mark D. Rowland (CSB # 157862) | William C. Price (Bar No. 108542) |
| Stepan Starchenko (CSB # 318606) | williamprice@quinnemanuel.com |
| **ROPES & GRAY LLP** | Tigran Guledjian (Bar No. 207613) |
| 1900 University Ave. Sixth Floor | tigranguledjian@quinnemanuel.com |
| East Palo Alto, CA 94303-2284 | Rachael L. McCracken (Bar No. 252660) |
| Tel: (650) 617-4000 | rachaelmccracken@quinnemanuel.com |
| Fax: (650) 617-4090 | Jordan B. Kaericher (Bar No. 265953) |
| mark.rowland@ropesgray.com | jordankaericher@quinnemanuel.com |
| stepan.starchenko@ropesgray.com | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Leslie M. Spencer (*pro hac vice*) | 865 South Figueroa Street, 10th Floor |
| DESMARAIS LLP | Los Angeles, California 90017-2543 |
| 230 Park Avenue | Telephone: (213) 443-3000 |
| New York, NY 10169 | Facsimile: (213) 443-3100 |
| Tel.: (212) 351-3400 | |
| Fax: (212) 351-3401 | *Attorneys for Defendant/Counterclaimant* |
| lspencer@desmaraisllp.com | INTERTRUST TECHNOLOGIES CORPORATION |

*Attorneys for Plaintiff/Counter-Defendant*
DOLBY LABORATORIES, INC.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOLBY LABORATORIES, INC., | ) |
| Plaintiff and Counterclaim-Defendant, | ) |
| v. | ) Case No. 3:19-cv-03371-EMC |
| INTERTRUST TECHNOLOGIES CORPORATION, | ) **JOINT STATUS REPORT** |
| Defendant and Counterclaim-Plaintiff. | ) |

Pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16-9, the Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement, this Court's Civil Standing Order – General, and the March 7, 2022 Clerk's Notice Setting Zoom Hearing, Plaintiff and Counterclaim-Defendant Dolby Laboratories, Inc. and Defendant and Counterclaim-Plaintiff Intertrust Technologies Corporation, respectfully submit this Joint Status Report informing the Court that the parties have reached a settlement of all issues and expect to file

a stipulation dismissing all claims and counterclaims within the next fourteen (14) days. Accordingly, the parties respectfully request the Court cancel the March 29, 2022 status conference in light of the anticipated dismissal.

Respectfully submitted,

Date: March 22, 2022      By: */s/ Mark D. Rowland*

    Mark D. Rowland (CSB # 157862)
    Stepan Starchenko (CSB# 318606)
    **ROPES & GRAY LLP**
    1900 University Ave. Sixth Floor
    East Palo Alto, CA 94303-2284
    Tel: (650) 617-4000
    Fax: (650) 617-4090
    mark.rowland@ropesgray.com
    stepan.starchenko@ropesgray.com

    Leslie M. Spencer (*pro hac vice*)
    **DESMARAIS LLP**
    230 Park Avenue
    New York, New York 10169
    Tel. (212) 351-3400
    Fax: (212) 351-3401
    lspencer@desmaraisllp.com

    Yong Wang (CSB # 326534)
    **DESMARAIS LLP**
    101 California Avenue
    San Francisco, CA 94111
    Tel. (415) 573-1900
    Fax: (415) 573-1901
    lwang@desmaraisllp.com

    Josef B. Schenker (*pro hac vice*)
    **ROPES & GRAY LLP**
    1211 Avenue of the Americas
    New York, New York 10036-8704
    Tel: (212) 596-9000
    Fax: (212) 596-9090
    josef.schenker@ropesgray.com

    *Attorneys for Plaintiff/Counterclaim-Defendant*
    DOLBY LABORATORIES, INC.

Date: March 22, 2022      By: */s/ Tigran Guledjian*

    William C. Price (Bar No. 108542)

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | williamprice@quinnemanuel.com                                   |
|    | Tigran Guledjian (Bar No. 207613)                               |
| 2  | tigranguledjian@quinnemanuel.com                                |
|    | Rachael L. McCracken (Bar No. 252660)                           |
| 3  | rachaelmccracken@quinnemanuel.com                               |
|    | Jordan B. Kaericher (Bar No. 265953)                            |
| 4  | jordankaericher@quinnemanuel.com                                |
|    | **QUINN EMANUEL URQUHART &**                                    |
| 5  | **SULLIVAN, LLP**                                               |
|    | 865 South Figueroa Street, 10th Floor                           |
| 6  | Los Angeles, California 90017-2543                              |
|    | Telephone:   (213) 443-3000                                     |
| 7  | Facsimile:    (213) 443-3100                                    |
| 8  | *Attorneys for Defendant/Counterclaim-Plaintiff*                |
|    | INTERTRUST TECHNOLOGIES                                         |
| 9  | CORPORATION                                                     |

**ATTESTATION**

I, Mark D. Rowland, am the ECF user whose identification and password are being used to file this Joint Status Report. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all signatories to this document have concurred in this filing.

DATED: March 22, 2022

                                                    /s/ *Mark D. Rowland*
                                                    Mark D. Rowland

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF.

DATED: March 22, 2022

                                                    /s/ *Mark D. Rowland*
                                                    Mark D. Rowland