1  Mark D. Rowland (CSB # 157862)
   Stepan Starchenko (CSB # 318606)
2  **ROPES & GRAY LLP**
   1900 University Ave. Sixth Floor
3  East Palo Alto, CA 94303-2284
   Tel: (650) 617-4000
4  Fax: (650) 617-4090
   mark.rowland@ropesgray.com
5  stepan.starchenko@ropesgray.com

6  Leslie M. Spencer (*pro hac vice*)
   DESMARAIS LLP
7  230 Park Avenue
   New York, NY 10169
8  Tel.: (212) 351-3400
   Fax: (212) 351-3401
9  lspencer@desmaraisllp.com

10 *Attorneys for Plaintiff/Counter-Defendant*
   DOLBY LABORATORIES, INC.
11
   [Additional counsel listed on signature page]
12

   William C. Price (Bar No. 108542)
   williamprice@quinnemanuel.com
   Tigran Guledjian (Bar No. 207613)
   tigranguledjian@quinnemanuel.com
   Rachael L. McCracken (Bar No. 252660)
   rachaelmccracken@quinnemanuel.com
   Jordan B. Kaericher (Bar No. 265953)
   jordankaericher@quinnemanuel.com
   **QUINN EMANUEL URQUHART &
   SULLIVAN, LLP**
   865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
   Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

   *Attorneys for Defendant/Counterclaimant*
   INTERTRUST TECHNOLOGIES
   CORPORATION

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15              **SAN FRANCISCO DIVISION**

16 DOLBY LABORATORIES, INC.,                )   Case No. 3:19-cv-03371-EMC
                                            )
17    Plaintiff and Counterclaim-Defendant, )   **JOINT STIPULATION OF**
                                            )   **VOLUNTARY DISMISSAL**
18        v.                                )   **PURSUANT TO F.R.C.P.**
                                            )   **41(A)(1)(A)(II) AND 41(C)**
19 INTERTRUST TECHNOLOGIES                  )
   CORPORATION,                             )
20                                          )
      Defendant and Counterclaim-Plaintiff. )
21                                          )
                                            )
22                                          )
                                            )
23 _____ )

24 TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

25          IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

26 Counterclaim-Defendant Dolby Laboratories, Inc. and Defendant and Counterclaim-Plaintiff

27 Intertrust Technologies Corporation, and/or their respective counsel, that the above-entitled action,

28

including all claims and counterclaims, is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c), with each party to bear its own costs and fees.

Respectfully submitted,

Date: March 28, 2022                    By: */s/Mark D. Rowland*

Mark D. Rowland (CSB # 157862)
Stepan Starchenko (CSB# 318606)
**ROPES & GRAY LLP**
1900 University Ave. Sixth Floor
East Palo Alto, CA 94303-2284
Tel: (650) 617-4000
Fax: (650) 617-4090
mark.rowland@ropesgray.com
stepan.starchenko@ropesgray.com

Leslie M. Spencer (*pro hac vice*)
**DESMARAIS LLP**
230 Park Avenue
New York, New York 10169
Tel. (212) 351-3400
Fax: (212) 351-3401
lspencer@desmaraisllp.com

Yong Wang (CSB # 326534)
**DESMARAIS LLP**
101 California Avenue
San Francisco, CA 94111
Tel. (415) 573-1900
Fax: (415) 573-1901
lwang@desmaraisllp.com

Josef B. Schenker (*pro hac vice*)
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036-8704
Tel: (212) 596-9000
Fax: (212) 596-9090
josef.schenker@ropesgray.com

*Attorneys for Plaintiff/Counterclaim-Defendant*
DOLBY LABORATORIES, INC.

Date:  March 28, 2022                    By: */s/Tigran Guledjian*

William C. Price (Bar No. 108542)
williamprice@quinnemanuel.com
Tigran Guledjian (Bar No. 207613)
tigranguledjian@quinnemanuel.com

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**                    **CASE NO. 3:19-CV-03371-EMC**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rachael L. McCracken (Bar No. 252660)
rachaelmccracken@quinnemanuel.com
Jordan B. Kaericher (Bar No. 265953)
jordankaericher@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant/Counterclaim-Plaintiff*
INTERTRUST TECHNOLOGIES
CORPORATION

JOINT STIPULATION OF VOLUNTARY DISMISSAL          CASE NO. 3:19-CV-03371-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION

I, Mark D. Rowland, am the ECF user whose identification and password are being used to file this Joint Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) and 41(c). In compliance with Civil L.R. 5-1(h)(3), I hereby attest that all signatories to this document have concurred in this filing.

DATED: March 28, 2022

*/s/Mark D. Rowland*

Mark D. Rowland

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF.

DATED: March 28, 2022

*/s/Mark D. Rowland*

Mark D. Rowland

JOINT STIPULATION OF VOLUNTARY DISMISSAL                    CASE NO. 3:19-CV-03371-EMC