AO 120 (Rev. 08/10)  (CAND version 7/18)

| TO: **Do not mail; see e-filing instructions at bottom of page.**<br>**Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court   for the Northern District of California   on the following ...

☐ Trademarks or     ☑ Patents.     ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>3:19-cv-03371-EMC | DATE FILED | U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>DOLBY LABORATORIES, INC. | | DEFENDANT<br>INTERTRUST TECHNOLOGIES CORPORATION |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | See Attachment A | | Please see Attachment A |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| See attached. |

| CLERK<br>Susan Y. Soong | (BY) DEPUTY CLERK<br>*Cynthia J. Lenahan* | DATE<br>March 29, 2022 |
|---|---|---|

**E-filing instructions: Please save and e-file in CM/ECF under  Other Filings > Other Documents > Patent/Trademark Report.**

**ATTACHMENT A** TO
REPORT ON THE FILING OR DETERMINATION
OF AN ACTION REGARDING A PATENT OR TRADEMARK

| PATENT NO. | DATE OF PATENT | HOLDER OF PATENT |
| --- | --- | --- |
| 6,157,721 | 12/5/2000 | INTERTRUST TECHNOLOGIES CORP. |
| 6,640,304 | 10/28/2003 | INTERTRUST TECHNOLOGIES CORPORATION |
| 6,785,815 | 8/31/2004 | INTERTRUST TECHNOLOGIES CORP. |
| 7,340,602 | 3/4/2008 | INTERTRUST TECHNOLOGIES CORP. |
| 7,406,603 | 7/29/2008 | INTERTRUST TECHNOLOGIES CORP. |
| 7,694,342 | 4/6/2010 | INTERTRUST TECHNOLOGIES CORP. |
| 8,191,157 | 5/29/2012 | INTERTRUST TECHNOLOGIES CORPORATION |
| 8,191,158 | 5/29/2012 | INTERTRUST TECHNOLOGIES CORPORATION |
| 8,526,610 | 9/3/2013 | INTERTRUST TECHNOLOGIES CORPORATION |
| 8,931,106 | 1/6/2015 | INTERTRUST TECHNOLOGIES CORPORATION |
| 9,569,627 | 2/14/2017 | INTERTRUST TECHNOLOGIES CORPORATION |